UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| ADAM LEVEQUE<br>        Plaintiff(s),<br><br>vs.<br><br>CAROLYN COLVIN, Acting Commissioner,<br>Social Security<br>        Defendant(s). | Case Number: C 15-3851<br><br>JOINT CASE STATUS REPORT &<br>[~~PROPOSED~~] ORDER<br> Date: July 5, 2016 |

The parties to the above-entitled action jointly submit this JOINT CASE STATUS REPORT & PROPOSED ORDER pursuant to the Standing Order for All Judges of the Northern District of California dated July 1, 2011 and Civil Local Rule 16-9.

1. Jurisdiction & Service

The Court has jurisdiction under 42 USCA § 405(g).

2. Facts

A brief chronology of the facts and a statement of the principal factual issues in dispute

This case, challenging a final Decision of the Social Security Administration denying Plaintiff's claim for disability benefits was filed on August 24, 2015 (Docket Entry No.1). The Court's Standing Procedural Order was entered by Judge Ronald M. Whyte on August 25, 2916. (Docket Entry No.4). On January 16, 2016, the case was reassigned to magistrate Judge Nathaniel Cousins. (Docket Entry No.11). Both parties have consented to magistrate jurisdiction. Defendant filed his answer and the Administrative Record on April 1, 2016. (Docket

Page **1** of **5**

5:15-cv-03851-NC
*Status Report and ~~Proposed~~ Order*

Entries No.18, 19). Plaintiff's Attorney never received Notice through ECF of Defendant's filing of her Answer and the Administrative Transcript. Plaintiff learned of these matters when contacted by Defendant's Attorney regarding scheduling of a meet and confer conference. Plaintiff's attorney has agreed to expedite this matter. (See No. 17, below.) Plaintiff's attorney has received other communications through the Court's ECF system. It is possible that the error was a result of a catastrophic disk failure experienced by Plaintiff's attorney, who was on Oahu for surgery at the time this Order was entered.

4. Motions

There are no motions pending in this matter.

5. Amendment of Pleadings

The parties do not contemplate any further amendment of the Pleadings.

6. Evidence Preservation

   This is an action based on Review of an Administrative Record.  The Record as filed by Defendant is complete and no changes to the record are contemplated by the parties.

7. Disclosures

Not applicable. Civil L. R. 16-5

8. Discovery

Not applicable. Civil L.R. 16-5

9. Class Actions

.

Not applicable.

10. Related Cases

None.

11. Relief

Plaintiff requests payment of Social Security Disability benefits and Supplemental Security income disability payments.  Defendant requests affirmance of her final decision.

12. Settlement and ADR

Not applicable, Civil L.R. 16-5

5:15-cv-03851-NC
*Status Report and Proposed Order*

13. Consent to Magistrate Judge For All Purposes

Consent to Magistrate Jurisdiction has been made by all parties.

14. Other References
.
Not applicable Civil L.R.  16-5

15. Narrowing of Issues

None.

16. Expedited Trial Procedure

Not applicable.  L.R. 16-5

17. Scheduling

Plaintiff shall file his statement of facts separately with his motion for Summary Judgment no later than Friday July 8, 2016.  Defendant's response and separate statement of facts will be filed no later than August 6, 2016.  Plaintiff will file his Reply Brief by August 16, 2016, at which time the case will be deemed submitted.

18.  Trial

Not applicable  Civil L.R. 16-5

19. Disclosure of Non-party Interested Entities or Persons

Not Applicable.  Civil L.R. 16-5

20. Professional Conduct

All Attorneys have reviewed the Guidelines for Professional Conduct as posted on the Court's website.

\\\

\\\

\\\

\\\

\\\

\\\

5:15-cv-03851-NC
*Status Report and Proposed Order*

21.  Other

None.

Dated:  July 5, 2016          /s/ Tom Weathered
TOM WEATHERED
Counsel for plaintiff
Tweathered4@gmail.com



BRIAN J. STRETCH,
Acting United States Attorney

Dated:  July 5, 2016          /s/Richard M. Rodriguez
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
Attorneys for Defendant
Richard.rodriguez@ssa.gov

CASE MANAGEMENT ORDER

The above JOINT STATUS CONFERENCE STATEMENT & PROPOSED ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below:]

IT IS SO ORDERED.

Dated:  July 5, 2016



_____
HONORABLE NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE